ORIGINAL

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

RICHARD DAVIMOS, JR.    )
                        )
        Plaintiff       )
                        )
V.                      )   Case No. 2:13-CV-00225-GZS
JOHN HALLE' and         )
SHARON HALLE',          )
                        )
        Defendants      )

VIDEOTAPED DEPOSITION of JOHN R. HALLE', taken pursuant to notice dated November 21, 2013, at the law offices of Marcus, Clegg & Mistretta, P.A., One Canal Plaza, Portland, Maine, on <u>December 5, 2013,</u> commencing at 10:05 a.m., before Kimberly B. Arsenault, RPR, a Notary Public in and for the State of Maine.

APPEARANCES:

For the Plaintiff:      LEE H. BALS, ESQ.
                        JENNIE L. CLEGG, ESQ.
                        KARAM NAHAS, ESQ.
                        DAMIAN J. PIETANZA, ESQ.

For the Defendants:     MARGARET M. O'KEEFE, ESQ.

DUVERNAY REPORTING, INC.
2 Merrill Road
Westbrook, Maine 04092
207.854.2721

```
 1   JOHN R. HALLE', having been duly sworn by the Notary
 2       Public, was examined and deposed as follows:
 3                        EXAMINATION
 4   BY MR. BALS:
 5   Q.  Could you state your full name for the record,
 6       please?
 7   A.  John R. Halle'.
 8   Q.  Mr. Halle', have you -- when you say John R.
 9       Halle', have you gone by any other names?
10   A.  So John Raymond and then John is English for
11       Jean, which is -- I'm French.  So Jean is my real
12       name and I go by the name John.
13   Q.  So what is your legal name?
14   A.  That's a good question.  My driver's license says
15       John, my passport says Jean.
16   Q.  All right.  Have you ever been deposed before?
17   A.  Yes, I have.
18   Q.  How many occasions?
19   A.  I can't recall how many occasions.  Just a couple
20       of months ago I got deposed on a divorce case.
21   Q.  So let me -- let me just make sure I understand.
22       You don't know how many times you've been deposed
23       before?
24   A.  That's correct.
25   Q.  Can you estimate for me?
```

```
 1            You may answer.
 2  Q.  Well, that's my question.  Do you know if Jenis
 3      Holding Company, LLC was formed as a Florida
 4      limited liability company?
 5  A.  Yes.
 6  Q.  Okay.  Why was it -- do you know why it was
 7      formed as a Florida limited liability company?
 8  A.  No, I don't recall why we would have filed that
 9      as a -- as a Florida corporation.
10  Q.  When you say we, who is the we you're referring
11      to?
12  A.  So -- you know, so the way the -- our affairs are
13      managed, you know --
14  Q.  Who is our?
15  A.  So my wife, the companies and --
16         MS. O'KEEFE:  Let's let the witness
17      finish the answer before --
18  Q.  I didn't mean to interrupt, so you go ahead.
19  A.  So --
20  Q.  So I was asking -- my question for you is who is
21      the we you're referring to, but I'm also -- you
22      also referred to our.  So who is the we and our
23      you're referring to in your previous answer?
24  A.  So, you know, I manage a bunch of funds and I
25      manage a bunch of companies and I have a staff, I
```

|    |    |    |
|----|----|----|
| 1  |    | have lawyers and these documents are put in front |
| 2  |    | of me, you know, left and right and I'm asked to |
| 3  |    | sign then.  And at the end of the day they make |
| 4  |    | the decisions -- the attorneys make the decision |
| 5  |    | of where we file the corporations, whether they |
| 6  |    | be Florida, Delaware, New Hampshire, Maine.  So |
| 7  |    | I'm not involved in that decision making process. |
| 8  |    | I take their advice.  When I pay an attorney, I |
| 9  |    | usually take their advice.  And so things are put |
| 10 |    | in front of me and -- you know, and I'm told |
| 11 |    | where to sign and under what capacity to sign. |
| 12 | Q. | Were you involved in any way in the decision to |
| 13 |    | form Jenis Holding Company, LLC? |
| 14 | A. | I would assume I was, yes. |
| 15 | Q. | When you say assume, I'm not sure what you mean. |
| 16 | A. | Well, Jenis stands for John, Nicholas and Sharon, |
| 17 |    | so, you know -- so it's -- you know, I would have |
| 18 |    | been involved in the formation of the company; |
| 19 |    | yes. |
| 20 | Q. | Okay.  So who decided to form a company called |
| 21 |    | Jenis Holding Company, LLC? |
| 22 | A. | So the -- the attorneys would have advised, you |
| 23 |    | know, to form this corporation. |
| 24 | Q. | Well, which attorney? |
| 25 | A. | So I employee an awful lot of attorneys.  You |

20

| | | |
|---|---|---|
| 1 | Q. | Do you know the purpose of setting up this Jenis |
| 2 | | Holding Company, LLC? |
| 3 | A. | It's to -- you know, to be honest with you, I |
| 4 | | don't even recall why Jenis Holdings was put |
| 5 | | into -- into effect. So -- so I can't recall |
| 6 | | that. And that's the best answer I can give you. |
| 7 | Q. | Who -- do you know how we -- do you know where we |
| 8 | | would be able to find any information as to why |
| 9 | | it was created? |
| 10 | A. | I mean, there are corporate books and -- and |
| 11 | | that -- that tell who the members are and the |
| 12 | | like, but the intent, you know, of forming a |
| 13 | | corporation -- I mean, you know, in the past 10, |
| 14 | | 12 years, you know, we do four, five, six, seven, |
| 15 | | eight, nine of them a year. So, I mean -- |
| 16 | Q. | Who is we? |
| 17 | A. | So, you know, I run a company called Cate Street |
| 18 | | Capital and we form corporations on a monthly |
| 19 | | basis. And -- so, you know, the exact nature or |
| 20 | | why -- you're talking -- you're asking me to go |
| 21 | | back to 2006 and remember why I formed a |
| 22 | | corporation that had little or no assets. So |
| 23 | | it -- it was not a very important thing in my |
| 24 | | mind so it's not something that stuck in my |
| 25 | | memory. |

1   Q.  Well, is Cate Street Capital associated in some
2       fashion with Jenis Holding Company, LLC?
3   A.  No. I'm just telling you that -- that -- that,
4       you know, I'm involved on a daily basis in
5       forming corporations, in handling those kinds of
6       matters. And so to try to go back to 2006 and
7       2007 and try to figure out why this specific
8       corporation was formed and what was the intent at
9       the time -- you know, we're very transactional so
10      it's tough to recall that stuff. You know,
11      maybe, you know, if I get, you know, another
12      couple hours -- maybe if you ask this question at
13      the end of the day, then I might be able to
14      remember why. But at this instance I don't.
15  Q.  All right. But I want to come back to -- just to
16      be clear, you said -- I think, if I understood
17      what you're saying -- and I'm not meaning to
18      mischaracterize your testimony -- Cate Street
19      Capital forms companies all the time, right?
20  A.  That's correct.
21  Q.  Did Cate Street Capital have some role in the
22      formation of Jenis Holding Company, LLC?
23  A.  No, it hasn't.
24  Q.  Okay. So who -- who did? I mean, other than
25      the -- it being the attorneys who were involved

|    |    |    |
|----|----|----|
| 1  |    | whose -- at whose direction was this company |
| 2  |    | created? |
| 3  |    | MS. O'KEEFE: Again, I'm inserting the |
| 4  |    | privilege. I understand your question to be |
| 5  |    | other than the attorneys. |
| 6  |    | MR. BALS: Right. |
| 7  |    | MS. O'KEEFE: You may answer. |
| 8  | A. | Other than attorneys. I would say just, you |
| 9  |    | know, myself and Sharon. I mean, like I said, |
| 10 |    | Jenis stands for John, Nicholas and Sharon. John |
| 11 |    | and Nicholas are my sons and Sharon is my wife. |
| 12 |    | I think you met her yesterday. So those -- you |
| 13 |    | know, so my assumption if -- you know -- and, |
| 14 |    | again, this is an assumption, is that me and |
| 15 |    | Sharon, you know, discussed, you know, where to |
| 16 |    | park my car or I think there was a boat that |
| 17 |    | was -- that was parked in there a couple of years |
| 18 |    | ago. And so I think that that was the -- the |
| 19 |    | intent of the corporation is to put cars and -- |
| 20 |    | and assets like that into that corporation. |
| 21 | Q. | Your personal assets? |
| 22 | A. | Not my personal assets. |
| 23 |    | MS. O'KEEFE: Objection. Calls for a |
| 24 |    | legal conclusion. |
| 25 |    | You may answer. |

```
                                                                    181

 1              VIDEOGRAPHER:  The time is 2:54.  We're
 2     off the record.
 3              (Discussion off the record.)
 4              (The deposition was adjourned at 4:42 p.m..)
 5                  ~    ~    ~    ~    ~    ~
 6
 7
 8                                          [signature]
 9                                          JOHN R. HALLE'
10
11
12     Subscribed and sworn to before me
13
14     this 24 of February    2013.
15
16
17     [signature] Katelyn A. Payne        KATELYN A. PAYNE
                  Notary Public            Notary Public, Maine
18                                         ...sion Expires September 24, 2020
19
20     Case Name:  Richard Davimos, Jr. v. John Halle', et al.
       Deposition Date:  December 5, 2013
21
22
23
24
25
```

```
 1                    CERTIFICATE

 2        I, Kimberly B. Arsenault, a Notary Public in and

 3   for the State of Maine, hereby certify that the

 4   within-named deponent was sworn to testify the truth,

 5   the whole truth and nothing but the truth, in the

 6   aforementioned cause of action.

 7        I further certify that this deposition was

 8   stenographically reported by me and later reduced to

 9   print through Computer-Aided Transcription, and the

10   foregoing is a full and true record of the testimony

11   given by the deponent to the best of my skill, ability

12   and knowledge.

13        I further certify that I am a disinterested

14   person in the event or outcome of the above-named cause

15   of action.

16        IN WITNESS WHEREOF I subscribe my hand

17   this 13th day of December, 2013.  Dated at North

18   Yarmouth, Maine.

19

20

21                              _____
                                    Kimberly B. Arsenault
22                                     Notary Public

23   My Commission Expires
     March 18, 2015.
24

25
```