6/7/06 JOHN R. HALLE
AMERICENTER, ET AL. V HALLE

STATE OF NEW HAMPSHIRE

HILLSBOROUGH, SS.                                    SUPERIOR COURT

NORTHERN DISTRICT                                    04-C-173

* * * * * * * * * * * * * * *

AMERICENTER OF BLOOMFIELD, LP,

AMERICENTER OF TROY, LP,

AMERICENTER OF SOUTHFIELD, LP,

AMERICENTER OF LIVONIA, LP,

CAMBRIDGE CENTER WEST, LP

v.

JOHN HALLE

* * * * * * * * * * * * * * *


DEPOSITION OF JOHN R. HALLE

Taken at the offices of Sheehan, Phinney,
Bass + Green, 1000 Elm Street, Manchester,
New Hampshire, on Wednesday, June 7, 2006,
commencing at 5:44 p.m.

5dbd0a04-ae72-4b12-b475-ba278d44bd8d

Page 74

1  Q. Do you recall then transferring that property to
2     your wife?
3  A. I could have, yeah.
4  Q. Do you recall why you would have done that, if you
5     did?
6  A. You know, when my wife -- when we had the kids and
7     my wife stopped working -- I don't know if you
8     have the same situation. I don't know if your
9     wife works. But, you know, my wife was a good
10    earner before we had kids. And she felt, I don't
11    know, she didn't have any earning power and she
12    wanted some security. And she's always owned my
13    houses.
14 Q. Why do you do that?
15 A. You know, it makes good sense. You know, it's the
16    place -- you know, for litigation purposes, like
17    we're here today, I mean, it's not a bad place,
18    you know, to protect your -- you know, your
19    assets.
20       There's nothing wrong, there's nothing
21    against the law with protecting your assets. You
22    didn't have a judgment in 2000, so it's not like
23    you're going to go and imply some type of, you

Page 75

1     know, fraudulent conveyance case. But, you
2     know...
3  Q. If I represented to you that, on the same day that
4     you received 3 Dupuis Circle from the Monique
5     Halle Realty Trust, that you then transferred it
6     immediately to your wife, and then your wife
7     transferred it out immediately to a third party,
8     do you have any idea why that would be?
9  A. It would have been for tax reasons, one or the
10    other. That's why, when you said to me February
11    of 2000, you know, I took title, I had no idea
12    why.
13 Q. Why would the Monique Halle Realty Trust be
14    issuing property to you?
15 A. Remember the Exeter Road, which is the house
16    before that?
17 Q. Mm-hmm.
18 A. So this is -- and, you know, so at the time,
19    that's the first house that I bought. And my
20    father, I think, he gave me $40,000. And I think
21    he lent me the money, the difference, you know,
22    for that house.
23       And so the reason it went into the trust is

Page 76

1     to -- you know, at that time, I had my first child
2     and my wife was pregnant for the second child and,
3     you know, there was tension in the marriage at the
4     time.
5        So I think that, you know, my father said --
6     you know, my father wanted to make sure that, you
7     know, if it came to a divorce between the two of
8     us, that these assets would be protected; and
9     that, you know, he didn't distribute to, you know,
10    his future, you know, ex-daughter-in-law.
11       So I think, if I remember correctly, you
12    know, I think that that was the purpose of the
13    thing, of the event.
14 Q. Well, did the trust buy 3 Dupuis Circle or did you
15    buy 3 Dupuis Circle?
16 A. I don't know. I think the trust bought it.
17 Q. And were you a beneficiary of that trust?
18 A. I think I might have been a beneficiary of the
19    trust. Again, you know, I mean, you're reaching
20    into...
21 Q. Does the Monique Halle Realty Trust still exist?
22 A. I don't think it does.
23 Q. Who would know?

Page 77

1  A. Monique Halle would.
2  Q. And so, if you're a beneficiary of that trust, you
3     don't know it as you sit here today?
4  A. Correct. My parents keep their affairs, you know,
5     pretty tight. I'd be very surprised if the
6     Monique Halle Realty Trust exists.
7  Q. Do you know who the trustees of the Monique Halle
8     Realty Trust were?
9  A. My brother Louis would probably be the trustee of
10    the Monique Halle Realty Trust.
11 Q. Where does Louis live?
12 A. In Portsmouth, New Hampshire.
13 Q. I take it he would know if you're a beneficiary or
14    not.
15 A. Yes. I think, you know, this document, it's clear
16    or either that it jogs my -- I would assume that I
17    would be, you know, the only beneficiary of the
18    Monique Halle Realty Trust.
19 Q. Do you know of any other assets that were ever in
20    the Monique Halle Realty Trust?
21 A. I think that the only asset was the Dupuis Circle
22    house.
23 Q. You think the trust was dissolved upon the