UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RICHARD DAVIMOS, JR. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 2:13-CV-00225-GZS |
| ) | |
| JOHN HALLÉ and ) | |
| SHARON HALLÉ, ) | |
| ) | |
| Defendants ) | |

**PLAINTIFF RICHARD DAVIMOS, JR.'S
WITNESS LIST**

Pursuant to the Court's Report of Final Pretrial Conference and Order, Plaintiff Richard Davimos, Jr., through his undersigned counsel, submits the following list of witness for trial.

**Witnesses Anticipated to be called at trial:**

1. John Hallé
   7 Prosperity Lane
   Windham, Maine 04062

Mr. Hallé is an occurrence witness. It is anticipated that Mr. Hallé will testify about Richard Davimos, Jr.'s status as a creditor in this action. It is further anticipated that he will testify about his past efforts to conceal his assets from creditors, and his knowledge of fraudulent transfer law. He will testify that he has a long-standing practice of placing his assets in his wife's name to avoid his creditors. He will testify about the nature of JH North Hampton Group, LLC and Jenis Holding Company, LLC and the transfer of his membership interests in those entities to his wife. He will testify about a boat owned by Jenis Holding Company, LLC and about two planes owned by JH North Hampton Group, LLC. He will testify about the circumstances under which the planes

were purchased, the purchase price of the planes and the conditions of the planes. It is anticipated that Mr. Hallé will testify about the transfer of property located at 106 Woodlands Drive, Falmouth, Maine to his wife, Sharon Hallé.

Time for direct examination: 2 hours

2.   Sharon Hallé
    7 Prosperity Lane
    Windham, Maine 04062

Mrs. Hallé is an occurrence witness. It is anticipated that Mrs. Hallé will testify about Richard Davimos, Jr.'s status as a creditor in this action, and about her husband's practice of placing his assets in her name to avoid creditors. She is anticipated to testify about the nature of JH North Hampton Group, LLC, and the circumstances under which she acquired from her husband a membership interest in that limited liability company. It is anticipated that Mrs. Hallé will testify about the nature of Jenis Holding Company, LLC, and the circumstances under which she became a member. It is anticipated that Mrs. Hallé will testify about the circumstances under which her husband transferred his interest in 106 Woodlands Drive, Falmouth, Maine to her. It is anticipates that Mrs. Hallé will testify that she has filed a false affidavit about her husband's interest in a limited liability company.

Time for direct examination: 2 hours.

3.   George E. Koutalakis, SRA (Expert)
    Sterling Appraisal Company
    56 New County Road
    Saco, ME  04072

Mr. Koutalakis is an expert witness. He will testify as to the fair market value of the property located at 106 Woodlands Drive, Falmouth, Maine as of May 17, 2005 and

2

September 15, 2005.  Specifically he will testify that the subject property had a value of $710,000 as of May 17, 2005 and September 15, 2005.

Time for direct examination:  ½ hour

4. Allyn J. Caruso (Expert)
   President
   MAC Aircraft Sales, LLC
   1025 Westbrook Street
   Portland, ME  04102

Mr. Caruso is an expert witness.

He will testify about:  (1) the adjusted market value in "average condition" of one 1979 Cessna 340 Aircraft ($168,368); (2) the adjusted market value in "excellent condition" of one 1979 Cessna 340 Aircraft ($239,681); and (3) the adjusted market value of one 1980 Mitsubishi MU2-B-60 Aircraft as of June 2009 ($419,299).

Because Mr. Caruso is unavailable for trial, his trial deposition was taken on October 28, 2014.  It will be submitted to the Court.

Combined direct and cross-examination lasted approximately 1 hour.

**Witness Who May Need to be Called at Trial:**

5. Richard Davimos, Jr.
   Boca Raton, Florida

Mr. Davimos may need to be called to testify about his status as a judgment creditor of John Hallé.

Time for direct examination:  15 minutes

6.   Mark Sullivan, Esq.
     27 Front Street
     Exeter, NH  03833

Mr. Sullivan may need to be called to testify about the formation of various limited liability companies and the circumstances under which Sharon Hallé executed various affidavits.

Time for direct examination:  15 minutes


7.   Christopher Branson, Esq.
     Murray, Plumb & Murray
     75 Pearl Street
     P.O. Box 9785
     Portland, ME  04112

Mr. Branson may need to be called to testify as to who directed him to form various limited liability companies.  He may also be called to testify about the existence of a purchase and sale agreement for the Mitsubishi aircraft.

Time for direct examination:  15 minutes


8.   Robert J. Desrosiers
     Cate Street Capital
     27 Pearl Street
     Portland, ME  04101

Mr. Desrosiers may be called to testify about the formation and business of various limited liabilities companies affiliated with the Hallés.

Time for direct examination:  15 minutes

9. Susan Cotton
   Cate Street Capital
   1 Cate Street, Suite 100
   Portsmouth, NH  03801

Ms. Cotton may be called to testify at trial to authenticate various documents.

Time for direct examination:  15 minutes

Dated at Portland, Maine this 29th day of October, 2014.

/s/ Lee H. Bals
Lee H. Bals, Bar No. 3412

Counsel for Plaintiff Richard Davimos, Jr.

MARCUS, CLEGG & MISTRETTA, P.A.
One Canal Plaza, Suite 600
Portland, ME  04101
(207) 828-8000

**CERTIFICATE OF SERVICE**

   I, Karen A. Stone, hereby certify that I am over eighteen years old and caused a true and correct copy of the above *Plaintiff Richard Davimos, Jr.'s Witness List* to be served upon the parties on the below ECF Mail Notice List electronically on the 29th day of October, 2014.

             /s/ Karen A. Stone
             Karen A. Stone
             Paralegal

# Mailing Information for a Case 2:13-cv-00225-GZS DAVIMOS v. HALLE et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **LEE H. BALS**
  lbals@mcm-law.com, kstone@mcm-law.com, federalcourt@mcm-law.com
- **BRIAN L. CHAMPION**
  bchampion@lokllc.com, ebriggeman@lokllc.com
- **TYLER J. SMITH**
  tsmith@lokllc.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)