UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RICHARD DAVIMOS, JR. )<br>)<br>    Plaintiff  )<br>)<br>v.    )<br>)<br>JOHN HALLÉ and )<br>SHARON HALLÉ, )<br>)<br>    Defendants ) | Case No. 2:13-CV-00225-GZS |

## JOINT STIPULATIONS

  1.  All Joint Exhibits are admitted without objection.

  2.  At the time of each of the transfers which are the subject of this case, Mr. Hallé's assets taken at fair valuation was insufficient or inadequate to meet his liabilities if Mr. Davimos' claim was included in his liabilities.  (Deposition of Sharon Hallé, p. 221, l. 3-9.)

  3.  Copies may be used in lieu of originals.

  4.  On September 18, 2008, Judgment was entered in the case of Richard Davimos, Jr. v. John Hallé, with respect to a lawsuit filed in the Supreme Court of the State of New York, Index No. 111013-02 in the principal amount of $1,000,000, plus interest, from January 7, 2002 until the date of the Judgment in the amount of $582,657.33.

  5.  In March 2009, the Supreme Court of the State of New York, Appellate Division, affirmed the September 18, 2008 Judgment.

  6.  On March 14, 2013, Richard Davimos, Jr. filed with the Cumberland County Superior Court pursuant to Title 14 M.R.S.A. § 8003 a certified copy of the September 18, 2008 Judgment from the Supreme Court of the State of New York.  The filing was accompanied by an affidavit of counsel for Mr. Davimos, pursuant to 14 M.R.S.A. § 8004 which set forth the post office address of both Richard Davimos, Jr. as Judgment Creditor and John Hallé, as Judgment Debtor.  The required filing fee of $150.00 was also paid.

  7.  In 2013, Mr. Hallé attempted to vacate the New York Judgment in both the Maine Superior Court and the New York Supreme Court.  Both of his motions to vacate were denied.

    8.    Richard Davimos, Jr. is a judgment creditor of John Hallé.

    9.    On December 13, 2006, Jenis Holding Company, LLC was formed as a Florida limited liability company.

    10.    In March 2012, Jenis Holding Company, LLC filed Articles of Dissolution in the State of Florida with "consent" of its "member" Sharon Hallé.

    11.    On May 17, 2005, Defendants John Hallé and Sharon Hallé purchased real estate located at 106 Woodlands Drive, Falmouth, Maine.

Dated:  October 29, 2014

/s/ Lee H. Bals
Lee H. Bals, Bar No. 3412

Counsel for Plaintiff Richard Davimos, Jr.

MARCUS, CLEGG & MISTRETTA, P.A.
One Canal Plaza, Suite 600
Portland, ME  04101
(207) 828-8000

/s/ Brian L. Champion
Brian L. Champion, Bar No. 3765

Counsel for Defendants John and Sharon Hallé

LIBBY, O'BRIEN KINGSLEY & CHAMPION LLC
62 Portland Road, Suite 17
Kennebunk, ME  04043-6650
(207) 985-1815

**CERTIFICATE OF SERVICE**

I, Karen A. Stone, hereby certify that I am over eighteen years old and caused a true and correct copy of the above ***Joint Stipulations*** to be served upon the parties on the below ECF Mail Notice List electronically on the 29th day of October, 2014.

/s/ Karen A. Stone
Karen A. Stone
Paralegal

# Mailing Information for a Case 2:13-cv-00225-GZS DAVIMOS v. HALLE et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

**LEE H. BALS**
lbals@mcm-law.com, kstone@mcm-law.com, federalcourt@mcm-law.com

**BRIAN L. CHAMPION**
bchampion@lokllc.com, ebriggeman@lokllc.com

**TYLER J. SMITH**
tsmith@lokllc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)