Sent By: DAVIMOS;  9085617429;  Jan-1-01  16;  Page 1/7

**Weissmann, Wolff, Bergman, Coleman & Silverman, LLP**
A Limited Liability Partnership Including Professional Corporations

Fax: (310) 550-7191
Telephone: (310) 858-7888

9665 Wilshire Boulevard
Suite 900
Beverly Hills
California 90212-2345
Taxpayer I.D. #95-3640047

RICHARD DAVIMOS
33 BIRCHWOOD LANE
WATCHUNG, NJ  07060

JANUARY 25, 2000
INVOICE NO: 60063
105800002 / HWH

LEGAL SERVICES RENDERED THROUGH DECEMBER 31, 1999

RE: MY FIRST MISTER

| DATE | DESCRIPTION | HOURS | FEES |
|---|---|---|---|
| 12/03/99 | TELEPHONE CALLS TO CLIENT, PARAMOUNT AND GERALD GREEN<br>PARTNER: HENRY HOLMES | 1.25 | 625.00 |
| 12/06/99 | CONFERRED WITH CLIENT; CONFERRED W/G. GREEN<br>PARTNER: HENRY HOLMES | 2.00 | 1,000.00 |
| 12/09/99 | REVIEWED CONTRACTS; TELEPHONE CALL TO CLIENT; TELEPHONE CALL TO G. GREEN<br>PARTNER: HENRY HOLMES | 1.75 | 875.00 |
| 12/09/99 | PREPARED SUMMARY MEMORANDUM OF THE FOLLOWING: AGREEMENT WITH PARAMOUNT CLASSICS, SHORT FORM ASSIGNMENT, EXCLUSIVE INTERNATIONAL SALES LETTER AND PECUNIARY LOSS INSURANCE LETTER<br>PARALEGAL: DENISE BRENNAN | 3.25 | 406.25 |
| 12/10/99 | REVIEWED AGREEMENTS; TELEPHONE CALL TO CLIENT<br>PARTNER: HENRY HOLMES | 1.00 | 500.00 |
| 12/10/99 | FINALIZE CONTRACT SYNOPSES<br>PARALEGAL: DENISE BRENNAN | 1.00 | 125.00 |
| 12/13/99 | REVIEWED AGREEMENTS; TELEPHONE CALL TO GERALD GREEN; PREPARED LETTER TO GREEN<br>PARTNER: HENRY HOLMES | 1.50 | 750.00 |
| 12/14/99 | REVIEWED AGREEMENTS; TELEPHONE CALLS TO AND FROM RICHIE DAVIMOS; TELEPHONE CALL TO JOHN DAVIMOS<br>PARTNER: HENRY HOLMES | 2.00 | 1,000.00 |

EXHIBIT B

# Weissmann, Wolff, Bergman, Coleman & Silverman, LLP

JANUARY 25, 2000    PAGE   2

RICHARD DAVIMOS
FILE NUMBER: 105800002
INVOICE NO.: 60063

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/15/99 | REVIEWED DOCUMENTS; TELEPHONE CALL TO CLIENT<br>PARTNER: HENRY HOLMES | 1.50 | 750.00 |
| 12/17/99 | REVIEWED AGREEMENTS; TELEPHONE CALL TO CLIENT<br>PARTNER: HENRY HOLMES | .75 | 375.00 |
| 12/21/99 | REVIEWED DOCUMENTS; TELEPHONE CALL TO CLIENT<br>PARTNER: HENRY HOLMES | .75 | 375.00 |
| 12/21/99 | CONFER RE DEAL; REVIEW DOCUMENTS<br>ASSOCIATE: WAYNE KAZAN | .75 | 142.50 |
| 12/22/99 | CONFERRED WITH H. HOLMES AND WAYNE KAZAN RE PROPOSED LOAN<br>PARTNER: ANDREW SCHMERZLER | .50 | 132.50 |
| 12/22/99 | REVIEWED AGREEMENT; CONFERRED W/ANDY<br>PARTNER: HENRY HOLMES | 1.50 | 750.00 |
| 12/27/99 | REVIEWED DOCUMENTS; TELEPHONE CALL TO RICHARD (2); TELEPHONE CALL TO JOHN HALLE; TELEPHONE CALL TO GERALD GREEN'S OFFICE<br>PARTNER: HENRY HOLMES | 4.50 | 2,250.00 |
| 12/28/99 | REVIEWED LOAN DOCUMENTS; PREPARE COMMENTS TO SAME; CONFERENCE WITH HENRY HOLMES AND TELECON WITH R. DAVIMOS AND J. HALLE RE SAME; PREPARE LETTER TO DAVIMOS RE SAME<br>PARTNER: ANDREW SCHMERZLER | 5.75 | 1,523.75 |
| 12/28/99 | TELEPHONE CALL TO AND FROM CLIENT AND GERALD GREEN; REVIEWED DOCUMENTS<br>PARTNER: HENRY HOLMES | 4.75 | 2,375.00 |
| 12/29/99 | TELECONS WITH HENRY HOLMES AND J. HALLE<br>PARTNER: ANDREW SCHMERZLER | .50 | 132.50 |

FEES SUBTOTAL    35.00 HRS.    14,087.50

COSTS ADVANCED:

# Weissmann, Wolff, Bergman, Coleman & Silverman, LLP

JANUARY 25, 2000   PAGE   3

RICHARD DAVIMOS
FILE NUMBER: 105800002
INVOICE NO.: 60063

| | |
|---|---:|
| TELECOPIER TRANSMISSION | 50.00 |
| TELEPHONE CHARGES | 1.56 |
| PHOTOCOPYING | 1.60 |
| COST SUBTOTAL | 53.16 |
| TOTAL CHARGES FOR THIS PERIOD | 14,140.66 |

### SUMMARY BY TIMEKEEPER

| | | |
|---|---|---:|
| ANDREW SCHMERZLER | 6.75 hours at $265.00 = | 1,788.75 |
| HENRY HOLMES | 23.25 hours at $500.00 = | 11,625.00 |
| WAYNE KAZAN | 0.75 hours at $190.00 = | 142.50 |
| DENISE BRENNAN | 4.25 hours at $125.00 = | 531.25 |
| TOTAL | 35.00 | 14,087.50 |

### SUMMARY OF ACCOUNT

| | |
|---|---:|
| TOTAL CURRENT CHARGES | 14,140.66 |
| BALANCE DUE | 14,140.66 |

### OUTSTANDING BALANCE

| | |
|---|---:|
| 0 - 30 Days | 14,140.66 |
| 31 - 60 Days | .00 |
| 61 - 90 Days | .00 |
| 91 - 120 Days | .00 |
| 121 + Days | .00 |
| TOTAL NOW DUE AND PAYABLE | 14,140.66 |

Sent By: DAVIMOS;                    6085617429;          Jan-1-0'  ':16;      6085617825;# 2/ 6   Page 4/7
                                  ;12-21- 0 ; 4:01PM ;   BEVERLY HILLS CA.→

SENT BY:WWBCS&H

# Weissmann, Wolff, Bergman, Coleman & Silverman, LLP
A Limited Liability Partnership Including Professional Corporations

9665 Wilshire Boulevard
Suite 900
Beverly Hills
California 90212-2345
Fax: (310) 550-7191
Telephone: (310) 550-7800
Taxpayer I.D. 95-3440017

APRIL 25, 2000
INVOICE NO: 52268
105900002 / HWH

RICHARD DAVIMOS
33 BIRCHWOOD LANE
WATCHUNG, NJ 07060

LEGAL SERVICES RENDERED THROUGH MARCH 31, 2000

RE: MY FIRST MISTER

|  |  | HOURS | FEES |
|---|---|---|---|
| DATE | DESCRIPTION | 2.00 | 570.00 |
| 03/06/00 | REVIEWED REDRAFT OF LOAN DOCUMENTS PARTNER: ANDREW SCHMERZLER | | |
| 03/24/00 | TELEPHONE CALL TO M.MURPHY RE LOAN DOCS PARTNER: ANDREW SCHMERZLER | .25 | 71.25 |

FEES SUBTOTAL    2.25 HRS.              641.25

TOTAL CHARGES FOR THIS PERIOD           641.25

SUMMARY BY TIMEKEEPER

ANDREW SCHMERZLER    2.25 hours at $ 285.00 =    641.25
           TOTAL     2.25                        641.25

SUMMARY OF ACCOUNT

TOTAL CURRENT CHARGES                            641.25

BALANCE DUE                                      641.25

Sent By: DAVIMOS; 9085617429; Jan-1-01 16; Page 5/7
SENT BY:F.BCS 12-21- 0 ; 4:31PM ; BEVERLY HILLS CA.

## Weissmann, Wolff, Bergman, Coleman & Silverman, LLP

APRIL 25, 2000   PAGE 2

RICHARD DAVIMOS
FILE NUMBER: 105800002
INVOICE NO.: 62268

### OUTSTANDING BALANCE

|  |  |
|---|---|
|  | 641.25 |
| 0 - 30 Days | .00 |
| 31 - 60 Days | .00 |
| 61 - 90 Days | .00 |
| 91 - 120 Days | .00 |
| 121 + Days | ---------- |
| TOTAL NOW DUE AND PAYABLE | 641.25 |

LAST INVOICE / STATEMENT DATE: 03/27/00
PAYMENTS RECEIVED SINCE LAST INVOICE: 3,895.87

Sent By: DAVIMOS;   9085617429;   Jan-1-01   :16;   Page 6/7
SENT BY:WWBCS&H   ;12-21- 0 ; 4:31PM ;   BEVERLY HILLS CA.→   9085617429;# 4/ 5

# Weissmann, Wolff, Bergman, Coleman, Silverman & Holmes, LLP
A Limited Liability Partnership Including Professional Corporations

9665 Wilshire Boulevard
Suite 900
Beverly Hills
California 90212-2145
(310) 550-7111 Telephone
(310) 550-7848
Taxpayer I.D. #95-3440047

SEPTEMBER 15, 2000
INVOICE NO: 65384
105800002 / HWH

RICHARD DAVIMOS
33 BIRCHWOOD LANE
WATCHUNG, NJ 07060

LEGAL SERVICES RENDERED THROUGH AUGUST 31, 2000

RE: MY FIRST MISTER

COSTS ADVANCED:                                          11.25
MESSENGER SERVICE                                        11.25
          COST SUBTOTAL                                  11.25
          TOTAL CHARGES FOR THIS PERIOD

## SUMMARY OF ACCOUNT

PREVIOUS BALANCE                                        641.25
TOTAL CURRENT CHARGES                                    11.25
                                                        652.50
BALANCE DUE

## OUTSTANDING BALANCE

| 0 - 30 Days   | 11.25  |
| 31 - 60 Days  | .00    |
| 61 - 90 Days  | .00    |
| 91 - 120 Days | .00    |
| 121 + Days    | 641.25 |

TOTAL NOW DUE AND PAYABLE                               652.50

Sent By: DAVIMOS; 9085617429; Jan-1-0 1:17; Page 7/7

SENT BY: WWBCS&H ;12-21- 0 ; 4:31PM ; BEVERLY HILLS CA.→

Weissmann, Wolff, Bergman, Coleman, Silverman & Holmes, LLP

SEPTEMBER 15, 2000 PAGE 2

RICHARD DAVIMOS
FILE NUMBER: 105800002
INVOICE NO.: 65384

LAST INVOICE / STATEMENT DATE: 08/09/00